# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JACOBS ENGINEERING GROUP, INC., | |
| Plaintiff, | CASE NO. 3:19-cv-37 |
| v. | |
| RSI ENTECH, LLC, f/k/a RESTORATION SERVICES, INC. | JURY DEMANDED |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Jacobs Engineering Group, Inc., hereby dismisses this action without prejudice.

Dated: April 18, 2019.

        Respectfully submitted,

        **NEAL & HARWELL, PLC**

        By: /s/ James F. Sanders
            James F. Sanders   (No. 005267)
            jsanders@nealharwell.com
            J. Isaac Sanders   (No. 029372)
            isanders@nealharwell.com
            Marie T. Scott   (No. 032771)
            mscott@nealharwell.com
            1201 Demonbreun Street
            Suite 1000
            Nashville, Tennessee 37203
            Telephone: (615) 244-1713
            Facsimile: (615) 726-0573

        *Attorneys for Defendant*
        *Jacobs Engineering Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of April, 2019, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system and by regular U.S. Mail and email to:

>Robert Boldt, Esq.
>Kirkland & Ellis, LLP
>333 South Hope Street
>Los Angeles, CA  90071
>Robert.boldt@kirkland.com

Parties may access this filing through the Court's electronic filing system.

/s/ James F. Sanders

2

Case 3:19-cv-00037-TAV-HBG   Document 6   Filed 04/18/19   Page 2 of 2   PageID #: 86